No. 59850.—Armour and Company *v.* United States, protest 179507–K (Seattle).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

APRIL 10, 1956

No. 59851.—A. V. Olsson Trading Co. *v.* United States, protests 251691–K and 246850–K.—Protests abandoned February 23, 1956.   (Not published.) (Initial No. 247510–K.)   Plaintiff's application for rehearing granted.

APRIL 12, 1956

No. 59852.—F. W. Myers & Co., Inc. *v.* United States, petition 7183–R.— Petitioner's application for rehearing denied.

BEFORE THE FIRST DIVISION, APRIL 19, 1956

No. 59853.—Armand Schwab & Co., Inc., et al. *v.* United States, protests 189749–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.